IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Melissa Plant,

        Plaintiff

vs.                                                              Case No. 1:11-cv-220-BRB-SMV

Hollander Chase & Associates, LLC
and Onyeka Anyakora,

        Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
## FOR PLAINTIFF MELISSA PLANT

This matter, having come before the Court on Weisberg & Meyers, LLC, Larry Leshin, and Anita M. Kelley's Motion to Withdraw and Substitute Counsel for Plaintiff Melissa Plant [Doc. 14], and the Court having considered the same and Plaintiff's consent to the same,

IT IS HEREBY ORDERED that Weisberg & Meyers, LLC, Larry Leshin, and Anita M. Kelley's Motion to Withdraw and Substitute Counsel for Plaintiff Melissa Plant be GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Weisberg & Meyers, LLC Larry Leshin are withdrawn and Anita M. Kelley is substituted as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Weisberg & Meyers, LLC's request to appear as co-counsel with Ms. Kelley is DENIED for failure to follow D.N.M.LR-Civ. 83.3.

SO ORDERED.

                                                                                             Hon. Stephan M. Vidmar